

**DOMINICK W. LAVELLE**
ATTORNEY AT LAW
38 WILLIS AVENUE
MINEOLA, NEW YORK 11501
(516) 739-8111
FAX: (516) 739-3917

<u>VIA FACSIMILE (718) 260-2299</u>

June 29, 2005

Justice Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y
★ JUL 5 2005 ★
TIME A.M.
P.M.

Re: Cesar F. Peralta v. WMH Tool Group, Inc.
Index #: CV 04-3826
Our Ref. #: 9926

Dear Justice Sifton,

Pursuant to a telephone call from chambers, this letter shall serve to confirm that the defendant's Summary Judgment Motion originally returnable on June 30, 2005 has been adjourned on consent by all parties to August 18, 2005 at 4:30 P.M.

Defense attorney John Becker has stated that his reply to our opposition shall be submitted by August 8, 2005.

Thank you for your consideration.

Very truly yours,

Dominick W. Lavelle

So Ordered
CPS/r /USJ
6/29/05